E-FILED
Friday, 23 December, 2005  11:22:45 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. |
| SICILIANO INC., a corporation, | ) ) ) ) | JUDGE |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

1.   The undersigned attorney and law firm represent the Trustees of the Construction Industry Welfare Fund of Central Illinois in this litigation.

2.   The Trustees of the Construction Industry Welfare Fund of Central Illinois are not a corporation.

3.   The law firm of Baum Sigman Auerbach & Neuman has partners and associates appearing on behalf of the Trustees of the Construction Industry Welfare Fund of Central Illinois in this litigation.

The undersigned, counsel of record for the Trustees of the Construction Industry Welfare Fund of Illinois, Plaintiffs, furnishes the following in compliance with Rule 11.3 of this court.

By: _____
One of the Attorneys for Plaintiffs

Stephen J. Rosenblat
Beverly P. Alfon
Patrick N. Ryan - Lead Counsel
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312/236-4316
I:\CIW\Siciliano\2nd 2005\certificate of interest.pnr.df.wpd