UNITED STATES DISTRICT
CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS | Docket Number: 05-2286 |
| | Assigned Judge: _____ |
| v. | Designated Magistrate Judge: _____ |
| SICILIANO INC., a corporation | |

TO:   Siciliano Inc.
c/o Richard E. Lawrence, Registered Agent
3650 Winchester Road
Springfield, IL   62707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Stephen J. Rosenblat
Beverly P. Alfon
Patrick N. Ryan - Lead Counsel
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                     12-23-05
John M. Waters, Clerk                                 Date

s/ M. Talbott
(by) Deputy Clerk