E-FILED
Monday, 09 January, 2006  03:55:33 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT
## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TRUSTEES OF CONSTRUCTION
INDUSTRY WELFARE FUND OF
CENTRAL ILLINOIS

Docket Number: 05-2286

Assigned Judge: _____

V.

Designated
Magistrate Judge: _____

SICILIANO INC., a corporation

RECEIVED
DEC 29 2005
SHERIFF'S OFFICE
RECORD SECTION

TO:   Siciliano Inc.
      c/o Richard E. Lawrence, Registered Agent

      Springfield, IL  62707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Stephen J. Rosenblat
Beverly P. Alfon
Patrick N. Ryan - Lead Counsel
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters
John M. Waters, Clerk

12-23-05
Date

/s/ M. Talbott
(by) Deputy Clerk

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 1/6/06

NAME OF SERVER (PRINT)  Cole Powell

TITLE CPO

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: SAO

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/6/06
Date

/s/ Cole Powell
Signature of Server

SCSO
Address of Server