**E-FILED**
Tuesday, 24 January, 2006  01:27:25 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE TRUST FUND OF CENTRAL ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> SICILIANO, INC., <br><br> Defendant. | No.: 05-CV-2286 |

### ENTRY OF APPEARANCE

The undersigned attorney hereby enters his appearance as counsel of record and lead counsel for Defendant Siciliano, Inc.

                                          **s/ Stanley N. Wasser**
                                          Stanley N. Wasser Bar Number 2947307
                                          Attorney for Defendant
                                          Feldman, Wasser, Draper & Benson
                                          1307 S. Seventh Street, P.O. Box 2418
                                          Springfield, IL 62705
                                          Telephone: (217) 544-3403
                                          Fax: (217) 544-1593
                                          E-mail: **swasser@feldwass.com**

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

## CERTIFICATE OF SERVICE

I hereby certify hereby certify that on January 24, 2006, , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

pryan@baumsigman.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Not applicable

_____

**s/ Stanley N. Wasser**
Stanley N. Wasser Bar Number 2947307
Attorney for Defendant
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2