**E-FILED**
Tuesday, 24 January, 2006  01:29:20 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE TRUST FUND OF CENTRAL ILLINOIS, | |
| Plaintiff, | No.: 05-CV-2286 |
| v. | |
| SICILIANO, INC., | |
| Defendant. | |

### DEFENDANT'S MOTION OF EXTENSION OF TIME
### TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Siciliano, Inc., by its attorneys Stanley N. Wasser of Feldman, Wasser, Draper & Benson, moves this Court for entry of an order extending the time for Defendant to plead or otherwise respond to Plaintiff's Complaint to March 31, 2006. In support of this Motion Defendant states as follows:

1. Plaintiff's Complaint is a federal statutory action to obtain payment of certain union fringe benefit contributions to Plaintiff Fund from Defendant, a union general contractor.

2. Upon receipt of the lawsuit papers, Defendant's counsel and Plaintiff's counsel conferred to initiate discussions for settling this matter without the necessity of further court proceedings.

3. To pursue settlement, Defendant needs to file certain reports with Plaintiff.

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

4. Further, Defendant's initial assessment of its records indicates that the amount in actual controversy, exclusive of interest, liquidated damages if any and attorneys fees if any, is in the range of $20,000.00.

5. Defendant's counsel has conferred with Plaintiff's counsel and represents that Plaintiff's counsel has advised that Plaintiff has no objection to this motion.

6. Defendant's counsel would also note for the Court that he is presently scheduled for a civil jury trial in Montgomery County Illinois Circuit Court Docket 03-LM-78 in mid-February 2006 and criminal jury trial in McLean County Illinois Circuit Court Docket 04-CF-1067 in mid-March 2006. Thus Defendant's counsel will require the additional time to also work with Plaintiff's counsel for settling this matter.

Wherefore, Defendant Siciliano, Inc. prays that this Court enter its order extending the time for Defendant to plead or otherwise respond to Plaintiff's Complaint until March 31, 2006.

                                        **s/ Stanley N. Wasser**
Stanley N. Wasser Bar Number 2947307
Attorney for Defendant
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

## **CERTIFICATE OF SERVICE**

I hereby certify hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

pryan@baumsigman.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Not applicable

> **s/ Stanley N. Wasser**
> Stanley N. Wasser Bar Number 2947307
> Attorney for Defendant
> Feldman, Wasser, Draper & Benson
> 1307 S. Seventh Street, P.O. Box 2418
> Springfield, IL 62705
> Telephone: (217) 544-3403
> Fax: (217) 544-1593
> E-mail: swasser@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

3