E-FILED
Friday, 31 March, 2006  02:00:45 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE TRUST FUND OF CENTRAL ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC.,<br><br>Defendant. | No.: 05-CV-2286 |

## ANSWER

Defendant SICILIANO, INC., by its attorney Stanley N. Wasser of Feldman, Wasser, Draper & Benson, and for its Answer to Plaintiff's Complaint, states as follows:

1. Defendant admits the allegations of paragraph 1.

2. Defendant admits the allegations of paragraph 2.

3. Defendant admits the allegations of paragraph 3.

4. Defendant admits the allegations of paragraph 4.

5. Defendant admits the allegations of paragraph 5 but states that as of the date of this Answer Defendant has submitted its reports to Plaintiff.

6. Defendant denies the allegations of paragraph 6.

7. Defendant admits the allegations of paragraph 7 but states that it has submitted its reports to Plaintiff.

8.  Defendant denies the allegations of paragraph 8.

Wherefore Defendant SICILIANO, INC. prays that this Court enter such orders as this Court finds to be warranted from the record in this case.

**s/ Stanley N. Wasser**
Stanley N. Wasser Bar Number 2947307
Attorney for Defendant
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

## CERTIFICATE OF SERVICE

I hereby certify hereby certify that on March 31, 2006 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

pryan@baumsigman.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Not applicable

**s/ Stanley N. Wasser**
Stanley N. Wasser Bar Number 2947307
Attorney for Defendant
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2