# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE TRUST FUND OF CENTRAL ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC.,<br><br>Defendant. | No.: 05-CV-2286 |

## CERTIFICATE OF INTEREST - DEFENDANT

The undersigned, counsel of record for **Defendant, Siciliano, Inc.**, furnishes the following in compliance with Rule 11.3 of this Court.

1. The full name of every party or amicus the attorney represents in this case:

    **Siciliano, Inc.**

2. If such party or amicus is a corporation:

    (a) its parent corporation, if any; and

    **N/A**

    (b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if its is a publicly held company

    **N/A**

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this case.

**Feldman, Wasser, Draper & Benson**

Dated:   March 31, 2006

        **s/ Stanley N. Wasser**
Stanley N. Wasser Bar Number 2947307
Attorney for Defendant
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2

**CERTIFICATE OF SERVICE**

I hereby certify hereby certify that on March 31, 2006 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

pryan@baumsigman.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Not applicable

**s/ Stanley N. Wasser**
Stanley N. Wasser Bar Number 2947307
Attorney for Defendant
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com
