IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) ) | CIVIL ACTION |
| | ) | NO. 05-2286 |
| Plaintiffs, | ) ) | |
| | ) | JUDGE MICHAEL P. MCCUSKEY |
| v. | ) ) | |
| | ) | MAG. JUDGE DAVID G. BERNTHAL |
| SICILIANO, INC., a corporation, | ) ) ) | |
| Defendant. | ) | |

**PROPOSED DISCOVERY PLAN**

Plaintiffs, being represented by Baum Sigman Auerbach & Neuman, Ltd., and Defendant, being represented by Feldman, Wasser, Draper & Benson, conferred on March 23, 2006 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1.   The parties will exchange initial disclosures pursuant to Fed. R. Civ. P., Rule 26(a)(1) by April 28, 2006.

2.   The deadline for amendment of pleadings is May 12, 2006.

3.   The deadline for joining additional parties is May 12, 2006.

4.   Plaintiffs do not anticipate the need to use expert witnesses, but if it is later determined that experts are needed, shall disclose experts and provide expert reports by June 9, 2006. Plaintiffs shall make any such experts available for deposition by June 9, 2006.

5. Defendant does not anticipate the need to use expert witnesses, but if it is later determined that experts are needed, shall disclose experts and provide expert reports by July 7, 2006. Defendant shall make any such experts available for deposition by July 7, 2006.

6. All discovery, including deposition of experts, is to be completed by August 1, 2006.

7. The deadline for filing case dispositive motions shall be August 31, 2006.

8. **REQUEST TO CONVERT HEARING TO TELEPHONIC HEARING.** The parties have engaged in informal discovery and are currently pursuing settlement discussions. The amount at issue at this time is under $10,000.00, and is undisputed. The parties believe that they can settle this matter, and would like to keep the attorneys' fees incurred in this matter to a minimum. Attending a hearing in person would require significant travel time for both parties' attorneys. Under the circumstances, the undersigned, Attorney for Plaintiffs, and Attorney for Defendant, respectfully request that the hearing scheduled for April 18, 2006, be converted to a telephonic hearing.

**Respectfully Submitted:**

| | |
|---|---|
| Trustees of the Construction Industry Welfare Fund of Central Illinois, Plaintiff | Siciliano, Inc., Defendant |
| | |
| BY: s/ Patrick N. Ryan | BY: s/ Stanley N. Wasser |
| | |
| Patrick N. Ryan, Bar Number 62783645 | Stanley N. Wasser, Bar Number 2947307 |
| Attorney for Plaintiffs | Attorney for Defendant |
| Baum Sigman Auerbach & Neuman, Ltd. | Feldman, Wasser, Draper & Benson |
| 200 W. Adams. St., Suite 2200 | 1307 S. Seventh Street, P.O. Box 2418 |
| Chicago, IL 60606 | Springfield, IL 62705 |
| Telephone: (312) 236-4316 | Telephone: (217) 544-3403 |
| Fax: (312) 236-0241 | Fax: (217) 544-1593 |
| E-mail: pryan@baumsigman.com | E-mail: swasser@feldwass.com |

...

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that on Monday, the 3rd day of April 2006, he electronically filed, **Proposed Discovery Plan**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stanley N. Wasser<br>
Feldman, Wasser, Draper & Benson<br>
1307 S. Seventh Street<br>
Springfield, IL   62703

                s/ Patrick N. Ryan

Names and Address of Attorney for the Plaintiffs:

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606
Telephone:  (312) 236-4316
Fax:  (312) 236-0241
Bar No.:  62783645

I:\CIW\Siciliano\2nd 2005\proposed discovery plan.pnr.mgp.wpd