E-FILED
Thursday, 20 April, 2006  02:55:16 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS,<br>          **Plaintiff,**<br>  v.<br><br>SICILIANO, INC.,<br>a corporation,<br>          **Defendant.** | Case No. 05-2286 |

# DISCOVERY ORDER

     A discovery conference was held **April 18, 2006,** pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Patrick N. Ryan. Defendant was represented by Stanley N. Wasser. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

     **WHEREFORE, IT IS ORDERED:**

     1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **April 28, 2006.**

     2. The deadline for amendment of pleadings is **May 12, 2006.**

     3. The deadline for joining additional parties is **May 12, 2006.**

     4. Plaintiff shall disclose experts and provide expert reports by **June 9, 2006.** Plaintiffs shall make such experts available for deposition by **June 9, 2006.**

     5. Defendant shall disclose experts and provide expert reports by **July 7, 2006.** Defendant shall make such experts available for deposition by **July 7, 2006.**

     6. All discovery, including deposition of experts, is to be completed by **August 1, 2006.**

     7. The deadline for filing case dispositive motions shall be **August 31, 2006.**

     8. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **November 17, 2006, at 1:30 p.m.**

9. The matter is scheduled for *bench trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **November 27, 2006, at 9:00 a.m. (Case No. 1).**

ENTER this 20th day of April, 2006.

                                                                                          s/ DAVID G. BERNTHAL  
                                                                                          U.S. MAGISTRATE JUDGE