**E-FILED**
Tuesday, 25 April, 2006  12:17:07 PM
Clerk, U.S. District Court, ILCD

## IN THE  UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA/DANVILLE  DIVISION

TRUSTEES OF CONSTRUCTION
INDUSTRY  WELFARE TRUST FUND
OF CENTRAL ILLINOIS,

    Plaintiff,

       v.

SICILIANO, INC.,

    Defendant.

No.: 05-CV-2286

### NOTICE OF SERVICE OF RULE 26(A)(1) INITIAL DISCLOSURES

Defendant SICILIANO, INC., by its attorney Stanley N. Wassser of Feldman, Wasser, Draper & Benson, gives notice that it has served upon  the attorneys of record for the Plaintiff , the following discovery documents:

### Defendant's Rule 26 (a)(1) Initial Disclosures

                         **s/ Stanley N. Wasser**
                         Stanley N. Wasser Bar Number 2947307
                         Attorney for Defendant
                         Feldman, Wasser, Draper & Benson
                         1307 S. Seventh Street, P.O. Box 2418
                         Springfield, IL 62705
                         Telephone: (217) 544-3403
                         Fax: (217) 544-1593
                         E-mail: swasser@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

**CERTIFICATE OF SERVICE**

I hereby certify hereby certify that on April 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

pryan@baumsigman.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Not applicable

**s/ Stanley N. Wasser**
Stanley N. Wasser Bar Number 2947307
Attorney for Defendant
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2