E-FILED
Friday, 25 August, 2006  11:17:37 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) ) | CIVIL ACTION |
| | ) | NO. 05-2286 |
| Plaintiffs, | ) ) | JUDGE MICHAEL P. MCCUSKEY |
| v. | ) ) | MAG. JUDGE DAVID G. BERNTHAL |
| SICILIANO, INC., a corporation, | ) ) ) | |
| Defendant. | ) | |

**AGREED MOTION TO MODIFY DISCOVERY SCHEDULE**

Plaintiffs, the Trustees of the Construction Industry Welfare Fund of Central Illinois, and Defendant, Siciliano, Inc., by and through their respective attorneys, respectfully request that this Court modify the Discovery Order entered on April 18, 2006. In support of this Agreed Motion, the parties state as follows:

1.   On April 18, 2006, this Court entered an Order setting a deadline for the close of discovery as August 1, 2006, and a deadline for filing case dispositive motions of August 31, 2006. A final pre-trial conference was set for November 17, 2006 at 1:30 p.m. and a bench trial was set for November 27, 2006 at 9:00 a.m.

2.   The amounts due from Defendant to Plaintiffs in this case are undisputed. For the months of August, September and October 2005, Defendant owes Plaintiffs $6,720.00 in contributions, $672.00 in liquidated damages, and interest at the rate of twelve (12%) percent per year, plus the Plaintiffs' costs and attorneys' fees.

3.  In an effort to minimize costs and attorneys' fees incurred in this matter, which Defendant is contractually obligated to pay to the Plaintiffs, Defendant has requested that Plaintiffs refrain from preparing and filing a Motion for Summary Judgment at this time so that Defendant may have additional time in which to evaluate its ability to satisfy the amounts due and prepare a workable settlement proposal.

4.  In light of Defendant's cooperation throughout these proceedings, Plaintiffs are willing to agree to Defendant's request and to explore options to resolve this matter without moving for Summary Judgment at this time.

5.  Accordingly, the parties respectfully request that this Court move the deadline for filing case dispositive motions, the final pre-trial conference, and the bench trial date back by approximately sixty (60) days.

6.  The parties will not make a further request for an extension of time from this Court, absent unforseen and extenuating circumstances.

### Conclusion

For the foregoing reasons, the parties respectfully request that this Court enter an Order modifying the Discovery Order set on April 18, 2006 by extending the deadlines for filing case dispositive motions, the date for final pre-trial conference, and the date for bench trial by at least sixty (60) days.

| | |
|---|---|
| s/Patrick N. Ryan | s/Stanley N. Wasser |
| Patrick N. Ryan, Bar Number 62783645 | Stanley N. Wasser, Bar Number 2947307 |
| Attorney for Plaintiffs | Attorney for Defendant |
| Baum Sigman Auerbach & Neuman, Ltd. | Feldman, Wasser, Draper & Benson |
| 200 W. Adams. St., Suite 2200 | 1307 S. Seventh Street, P.O. Box 2418 |
| Chicago, IL  60606 | Springfield, IL  62705 |
| Telephone:  (312) 236-4316 | Telephone: (217) 544-3403 |
| Facsimile:  (312) 236-0241 | Facsimile: (217) 544-1593 |
| E-mail:  pryan@baumsigman.com | E-mail: swasser@feldwass.com |

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that he electronically filed, **Agreed Motion to Modify Discovery Schedule,** with the Clerk of Court on Friday, August 25, 2006, using the CM/ECF system, which will send an e-mail notification of such filing to the following:

Stanley N. Wasser
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street
Springfield, IL   62703
E-mail: swasser@feldwass.com

s/ Patrick N. Ryan
Patrick N. Ryan, Bar Number 62783645
Attorney for Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams. St., Suite 2200
Chicago, IL   60606
Telephone:  (312) 236-4316
Facsimile:  (312) 236-0241
E-mail:   pryan@baumsigman.com

I:\CIW\Siciliano\2nd 2005\agreed motion modify disc. sched.pnr.mgp.wpd