E-FILED
Thursday, 16 November, 2006  11:50:39 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE TRUST FUND OF CENTRAL ILLINOIS, | |
| Plaintiff, | No.: 05-CV-2286 |
| v. | |
| SICILIANO, INC., | |
| Defendant. | |

**AGREED MOTION TO VACATE SCHEDULED**
**FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

Plaintiff TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE TRUST FUND OF CENTRAL ILLINOIS, by its attorney, and Defendant SICILIANO, INC., by its attorney, jointly move this Court for entry of an order vacating the scheduled Final Pretrial Conference and Trial Dates in this cause, as the parties have reached a settlement.  In support of this Motion, the parties state as follows:

1.  This case involves a complaint by Plaintiff, a union welfare fund, against Defendant, a union contractor to recover what discovery has determined to be $6,620.00 of fund contributions, plus related liquidated damages, interest and attorneys fees.

2.   The parties have worked cooperatively since the complaint was filed to determine the amounts owing and to work out a basis for resolving the complaint.

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

3. This morning the parties have reached an agreement in principle for the settlement of this case. The parties estimate that it will require about ten working days to reduce the agreement to writing.

4. Accordingly, the parties request that this Court vacate the scheduled final pretrial conference and trial dates, as a trial will not be necessary.

5. In addition, the parties request that the Court convert the scheduled final pretrial conference into a phone status conference so that this matter may be placed of record with the Court. A phone conference is requested since Plaintiff's attorney is in Chicago and Defendant's attorney is in Springfield and the status conference would be expected to be brief.

Wherefore Plaintiff and Defendant prays that this Court enter an order vacating the scheduled Final Pretrial Conference and Trial Dates in this cause, and to convert the scheduled Final Pretrial Conference to a phone status conference for the parties to make a record of the settlement.

**s/ Stanley N. Wasser**  
Bar Number 2947307  
Attorney for Defendant  
Feldman, Wasser, Draper & Benson  
1307 S. Seventh Street, P.O. Box 2418  
Springfield, IL 62705  
Telephone: (217) 544-3403  
Fax: (217) 544-1593  
E-mail: swasser@feldwass.com

**s/Patrick N. Ryan**  
Bar Number 62783645  
Attorney for Plaintiff  
Baum Sigman Auerbach & Neuman, Ltd.  
200 W. Adams St., Suite 2200  
Chicago, IL 60606  
Telephone: (312) 236-4316  
Fax: (312) 236-0241  
E-Mail: pryan@baumsigman.com

## CERTIFICATE OF SERVICE

 I hereby certify hereby certify that on November 16, 2006 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 pryan@baumsigman.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

 Not applicable

        **s/ Stanley N. Wasser**
        Stanley N. Wasser Bar Number 2947307
        Attorney for Defendant
        Feldman, Wasser, Draper & Benson
        1307 S. Seventh Street, P.O. Box 2418
        Springfield, IL 62705
        Telephone: (217) 544-3403
        Fax: (217) 544-1593
        E-mail: swasser@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

3