IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) ) | CIVIL ACTION |
| | ) | NO. 05-2286 |
| Plaintiffs, | ) ) | JUDGE MICHAEL P. MCCUSKEY |
| v. | ) ) | MAG. JUDGE DAVID G. BERNTHAL |
| SICILIANO, INC., a corporation, | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

Plaintiffs, TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS ("CIWF"), and Defendant, SICILIANO, INC., ("Siciliano"), by and through their respective attorneys, agree and stipulate to the dismissal of this action on the following terms and conditions:

1. This Court will retain jurisdiction over this matter and the parties for the purpose of enforcing the terms of this Stipulation for a period of ninety days. If no motion to reopen the case and/or enforce the terms of the Stipulation are filed within ninety days, the dismissal shall be with prejudice.

2. Based on contribution reports prepared by Siciliano, it is agreed that Siciliano owes CIWF unpaid contributions, liquidated damages and interest for the months of August through October 2005, totaling $8,219.93, plus court costs and attorneys' fees.

3. The contributions, liquidated damages and interest due from Siciliano to the CIWF for August through October 2005 can broken down by project as follows:

| Project | Contributions | Liq. Damages | Interest | Total Due |
|---|---|---|---|---|
| Willard Ice | $2,082.50 | $208.25 | $273.08 | $2,563.83 |
| Camp Lincoln | $4,060.00 | $406.00 | $281.22 | $4,747.22 |
| Forsyth/Peoria Rd. | $267.50 | $26.75 | $35.31 | $329.56 |
| **Totals** | $6,720.00 | $672.00 | $827.93 | $8,219.93 |

4. Siciliano will remit payment of $329.56 within 14 days of the date of this Stipulation, which shall represent the contributions, liquidated damages and interest due for work performed by CIWF participants for Siciliano on the Forsyth and Peoria Road projects. Payment shall be by check payable to the Construction Industry Welfare Fund of Central Illinois, and must be received on or before the due date at Baum Sigman Auerbach & Neuman, Ltd., 200 W. Adams St., Suite 2200, Chicago, IL 60606.

5. CIWF will take reasonable steps to recover the contributions due on the Camp Lincoln Project through a claim on that project's Payment and Performance Bond, currently being pursued by counsel for the Cement Mason's Local 18 Fringe Benefit Funds, from Safeco Insurance Company.

6. CIWF will take reasonable steps to recover the contributions due on the Willard Ice Project through either a mechanics lien claim, notice of which has been served on the Capital Development Board, and/or through a claim on that project's Payment and Performance Bond, currently being pursued by counsel for the Cement Mason's Local 18 Fringe Benefit Funds, from Safeco Insurance Company.

7. In the event that CIWF is unable to recover the contributions due from Siciliano for work performed by its participants on the Camp Lincoln and/or Willard Ice Projects through mechanics lien claims or bond claims within 60 days of the date of this Stipulation, and the parties

are unable to agree on a repayment schedule for any amounts not paid by bond or lien claims in that time, CIWF shall be entitled to petition the Court to reopen the case and enter judgment in an amount consisting of any remaining unpaid contributions, liquidated damages, interest, court costs and/or attorneys fees, as detailed in Paragraph 2 of this Stipulation, plus any additional court costs and/or attorneys fees incurred by CIWF in this matter.

8. The parties acknowledge that nothing contained herein limits or modifies the right of CIWF to audit the payroll records of Siciliano at such future time as in the course of their regular audit program such an audit may be requested, nor do the terms of this Agreement limit or modify CIWF's right to recover from the Siciliano any additional contributions, liquidated damages and/or interest which may become due, or which may be found to have been due as a result of an audit for any time period that the CIWF's auditors did not previously review.

9. Based upon the terms and conditions as agreed to herein and in consideration of the Agreement by CIWF to the terms of this Stipulation and the waiver of their right to recover amounts due from Siciliano for the period of August through October 2005 except as agreed herein, it is hereby stipulated and agreed by and between the parties that this action should be dismissed, subject to the right of the parties to apply to the Court for enforcement of this Stipulation.

Respectfully submitted,                                         Respectfully submitted,


s/Patrick N. Ryan                                               s/Stanley N. Wasser
Patrick N. Ryan, Bar Number 62783645                            Stanley N. Wasser, Bar Number 2947307
Attorney for Plaintiffs                                         Attorney for Defendant
Baum Sigman Auerbach & Neuman, Ltd.                             Feldman, Wasser, Draper & Benson
200 W. Adams. St., Suite 2200                                   1307 S. Seventh Street, P.O. Box 2418
Chicago, IL 60606                                               Springfield, IL 62705
Telephone: (312) 236-4316                                       Telephone: (217) 544-3403
Facsimile: (312) 236-0241                                       Facsimile: (217) 544-1593
E-mail: pryan@baumsigman.com                                    E-mail: swasser@feldwass.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed, **Stipulation to Dismiss,** with the Clerk of Court on December 14, 2006, using the CM/ECF system, which will send an e-mail notification of such filing to the following:

Stanley N. Wasser
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street
Springfield, IL   62703
E-mail: swasser@feldwass.com

s/ Patrick N. Ryan
Patrick N. Ryan, Bar Number 62783645
Attorney for Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams. St., Suite 2200
Chicago, IL   60606
Telephone:  (312) 236-4316
Facsimile:  (312) 236-0241
E-mail:   pryan@baumsigman.com

I:\CIW\Siciliano\2nd 2005\stip to dismiss.pnr.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) ) | CIVIL ACTION |
| | ) | NO. 05-2286 |
| Plaintiffs, | ) ) | |
| | ) | JUDGE MICHAEL P. MCCUSKEY |
| v. | ) ) | |
| | ) | MAG. JUDGE DAVID G. BERNTHAL |
| SICILIANO, INC., a corporation, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter coming on to be heard upon the stipulated agreement of the parties, the Court, first being fully advised, hereby Orders:

That this Court will retain jurisdiction over this matter and the parties for the purpose of enforcing the terms of the Stipulation to Dismiss for a period of ninety days from the date the Stipulation is filed. If no motion to reopen the case and/or enforce this Stipulation is filed within ninety days, this case shall be dismissed with prejudice.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

Name and Address of Attorney for the Plaintiffs:

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606
(312) 236-4316

## CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, hereby certifies that he electronically filed, **Order of Dismissal,** with the Clerk of Court on December 14, 2006, using the CM/ECF system, which will send an e-mail notification of such filing to the following:

Stanley N. Wasser
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street
Springfield, IL   62703
E-mail: swasser@feldwass.com

    s/ Patrick N. Ryan
    Patrick N. Ryan, Bar Number 62783645
    Attorney for Plaintiffs
    Baum Sigman Auerbach & Neuman, Ltd.
    200 W. Adams. St., Suite 2200
    Chicago, IL   60606
    Telephone:  (312) 236-4316
    Facsimile:  (312) 236-0241
    E-mail:  pryan@baumsigman.com

I:\CIW\Siciliano\2nd 2005\order of dismissal.pnr.wpd