IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) ) | CIVIL ACTION |
| | ) | NO. 05-2286 |
| Plaintiffs, | ) ) | JUDGE MICHAEL P. MCCUSKEY |
| v. | ) ) | MAG. JUDGE DAVID G. BERNTHAL |
| SICILIANO, INC., a corporation, | ) ) ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

This matter coming on to be heard upon the stipulated agreement of the parties, the Court, first being fully advised, hereby Orders:

That this Court will retain jurisdiction over this matter and the parties for the purpose of enforcing the terms of the Stipulation to Dismiss for a period of ninety days from the date the Stipulation is filed. If no motion to reopen the case and/or enforce this Stipulation is filed within ninety days, this case shall be dismissed with prejudice.

ENTER: December 15, 2006

s/ Michael P. McCuskey
UNITED STATES DISTRICT JUDGE

DATED: _____

Name and Address of Attorney for the Plaintiffs:

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606
(312) 236-4316