E-FILED
Wednesday, 07 March, 2007 10:53:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) ) | CIVIL ACTION |
| | ) | NO. 05-2286 |
| Plaintiffs, | ) ) | |
| | ) | JUDGE MICHAEL P. MCCUSKEY |
| v. | ) ) | |
| | ) | MAG. JUDGE DAVID G. BERNTHAL |
| SICILIANO, INC., a corporation, | ) ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ENFORCE STIPULATION TO DISMISS**

Plaintiffs, TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS ("CIWF"), by and through their attorneys, hereby request that this Court retain jurisdiction to enforce the terms of the Stipulation to Dismiss entered by the parties on December 14, 2006, for an additional period of ninety (90) days.

1. CIWF and Defendant, Siciliano, Inc. ("Siciliano"), filed a Stipulation to Dismiss on December 14, 2006.

2. The Stipulation to Dismiss contemplated payment of the agreed debt in three stages:

   A. Under paragraph 4, Siciliano was to make a direct payment to CIWF of that part of the debt for the Forsyth and Peoria Road projects. Siciliano has made this payment.

   B. Under paragraph 5, CIWF agreed to recover that part of the debt related to the Camp Lincoln project through a payment bond claim currently being

        pursued by legal counsel for Cement Mason's Local 18 Fringe Benefit Funds.

    C.    Under paragraph 6, CIWF agreed to recover that part of the debt related to the Willard Ice project through a mechanics' lien claim against project funds being held by the project owner.

3.    The CIWF and Siciliano have been working closely together in order to obtain payment through the lien and bond claims, which claims have been timely processed. However it now appears that with the need to obtain certain actions from third parties in order to effectuate the recovery of these monies based on those claims, additional time beyond the 90 days (which expires March 14, 2007) contemplated by the Stipulation to Dismiss will be necessary

4.    On December 15, 2006, this Court entered an Order of Dismissal agreeing to retain jurisdiction for a period of ninety (90) days. Upon the expiration of ninety (90) days, the Dismissal is to be with prejudice.

5.    Rather than file a Motion to reopen the case and expend further client resources, the CIWF believes that it would be in the parties best interest if the Court would retain jurisdiction to enforce the terms of the Stipulation to Dismiss for at least an additional ninety (90) days so that the parties can continue their efforts to satisfy the contributions due as stated in the Stipulation to Dismiss.

6.    The CIWF has conferred with Siciliano's attorney about this Motion, who advised that he agrees with the CIWF's request.

WHEREFORE, Plaintiffs respectfully request that this Court retain jurisdiction to enforce the terms of the Stipulation to Dismiss filed on December 14, 2006, for an additional ninety (90) day period beyond that specified in the Court's Order of December 15, 2006, or until June 14, 2007.

Respectfully submitted,

s/Patrick N. Ryan
Patrick N. Ryan, Bar Number 62783645
Attorney for Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams. St., Suite 2200
Chicago, IL   60606
Telephone:  (312) 236-4316
Facsimile:  (312) 236-0241
E-mail:  pryan@baumsigman.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that he electronically filed, **Agreed Motion for Extension of Time to Enforce Stipulation to Dismiss,** with the Clerk of Court on March 7, 2007, using the CM/ECF system, which will send an e-mail notification of such filing to the following:

Stanley N. Wasser  
Feldman, Wasser, Draper & Benson  
1307 S. Seventh Street  
Springfield, IL   62703  
E-mail: swasser@feldwass.com

                                          s/ Patrick N. Ryan  
                                          Patrick N. Ryan, Bar Number 62783645  
                                          Attorney for Plaintiffs  
                                          Baum Sigman Auerbach & Neuman, Ltd.  
                                          200 W. Adams. St., Suite 2200  
                                          Chicago, IL   60606  
                                          Telephone:  (312) 236-4316  
                                          Facsimile:  (312) 236-0241  
                                          E-mail:  pryan@baumsigman.com

I:\CIW\Siciliano\2nd 2005\agreed motion for ext. of time.pnr.mgp.wpd